JERRY BOORSTEIN, D.O. AND BRADFORD HINKLE, D.O.
v. JOEL BRAUNSTEIN, D.O.

July 14, 1982.

Petition for certification dismissed as moot.

STATE OF NEW JERSEY v. GARY HOLLEY.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND PFEUFFER.

July 14, 1982.

Petition for certification denied.

THE COMMUNITY ACTION COMMITTEE FOR CRIPPLED
CHILDREN'S HOSPITAL v. THE UNITED
HOSPITALS OF NEWARK.

July 14, 1982.

Petition for certification denied.